07 CRIM. 605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

GWENDOLYN BROUGHTON,
  a/k/a "Gwendolyn Booker,"
  a/k/a "Gwendolyn Broughton-Booker,"
  a/k/a "Gwendolyn Booker-Canty,"

               Defendant.

INDICTMENT

07 Cr.

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about December 2002, through in or about April 2005, in the Southern District of New York and elsewhere, GWENDOLYN BROUGHTON, a/k/a "Gwendolyn Booker," a/k/a "Gwendolyn Broughton-Booker," a/k/a "Gwendolyn Booker-Canty," the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, BROUGHTON received approximately $17,808.96 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_/s/ Madeline Conti_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GWENDOLYN BROUGHTON,
a/k/a "Gwendolyn Booker,"
a/k/a "Gwendolyn Broughton-Booker,"
a/k/a "Gwendolyn Booker-Canty,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Madeline Couton*
Foreperson.

Post 11/87
RC
7/5/07

Indictment filed, case assigned to Judge Stein.

F. Maas, USMJ