USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :    ORDER

        -v.-                        :    07 Cr. 605 (SHS)

GWENDOLYN BROUGHTON,                 :
  a/k/a "Gwendolyn Booker,"
  a/k/a "Gwendolyn Broughton-Booker,":
  a/k/a "Gwendolyn Booker-Canty,"
                                    :
        Defendant.
- - - - - - - - - - - - - - - - - - -X
```

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on [Gabriel Gorenstein] September 11, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         10/5, 2007

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE